IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

vs.  NO. 4:03CR00281-01 GTE

**TYRASHAUN BERNARD STEWART**

## ORDER AND JUDGMENT

Pending before the Court is the Motion to Revoke Supervised Release filed July 26, 2010. A hearing was held on September 14, 2010, before the Hon. Garnett Thomas Eisele at which the Defendant, Tyrashaun Bernard Stewart, and his attorney, Omar Greene appeared along with Assistant United States Attorney, Edward O. Walker and U.S. Probation Officer Audrene Ellis. The Defendant, Tyrashaun Bernard Stewart, admitted the violations set forth in the Violation Report and in the Motion to Revoke of failing to report for random drug testing and failing to attend scheduled outpatient substance abuse treatment. His admissions do not include the pending charges.

IT IS THEREFORE ORDERED, that the Motion to Revoke Supervised Release, be and it is hereby, GRANTED. The Court imposes a sentence of EIGHTEEN (18) MONTHS in the Bureau of Prisons with no term of Supervised Release to follow. The Court recommends that the Defendant be designated to the Forrest City, Arkansas facility if possible. The Court further recommends that the Defendant participate in residential or non-residential substance abuse treatment and educational and vocational programs during incarceration.

A fine balance of $262.43 is mandatory and is payable during incarceration at the rate of 50% per month of all funds that are available to him.

The Defendant will be allowed to self-report to the designated institution and shall report on November 15, 2010 by 2:00 p.m. or to the United States Marshal if he cannot report to the designated institution.  The Defendant shall remain on the same bond until that date under the same terms and conditions.

All general and standard conditions previously imposed in Defendant's original sentence remain in full force and effect.

IT IS SO ORDERED, this 15th day of September, 2010.

/s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE